# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr56

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ) | |
| REGINALD DEWAYNE JEFFRIES. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Unseal CJA Payments for Attorney Fees/Other Services" [Doc. 66], filed April 21, 2011.

The Defendant moves the Court to unseal "all documents under the Criminal Justice Act (CJA), approving payments for court appointed counsel Janna Dale Allison's representation and other services in the criminal case ...." [Doc. 66 at 1]. The only CJA document of record is the expense voucher signed by the Court on March 11, 2008, authorizing payment of fees to Defendant's court-appointed counsel. [Doc. 40].

The CJA provides that upon completion of a defendant's trial, the Court "shall make available to the public an unredacted copy of the expense voucher," unless the Court determines that the Defendant's interests require

a more limited disclosure. 18 U.S.C. § 3006A(d)(4)(C). In the present case, the Defendant was sentenced on January 28, 2008 [see Judgment, Doc. 32], and the Judgment was affirmed by the Fourth Circuit Court of Appeals on December 29, 2008 [Doc. 45]. Finding that the interests of the Defendant as set forth in § 3006A(d)(4)(D) do not require a limited disclosure, the Court shall make available to the public an unredacted copy of the CJA expense voucher [Doc. 40] filed in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Unseal CJA Payments for Attorney Fees/Other Services" [Doc. 66] is **GRANTED**.

The Clerk of Court is **DIRECTED** to unseal the CJA voucher signed by the Court on March 11, 2008 [Doc. 40] and to provide a copy of the same to the Defendant along with a copy of this Order.

**IT IS SO ORDERED.**

Signed: October 22, 2011

Martin Reidinger
United States District Judge