# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:07cr56

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **REGGIE DEWAYNE JEFFRIES.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion for Public Access to CJA Itemization of Attorney Fees and Services w/ Dates" filed January 10, 2012. [Doc. 71].

Previously, the Defendant filed a motion asking the Court to unseal all documents under the Criminal Justice Act (CJA) approving payments for court-appointed counsel. On October 24, 2011, the Court entered an Order granting the Defendant's motion. Noting that the only CJA document of record was the expense voucher authorizing payment of fees to the Defendant's court-appointed counsel, the Court directed the Clerk's Office to unseal this document and to provide a copy of the same to the Defendant. [Doc. 70].

The Defendant now moves for the entry of an Order directing the Federal Defenders or the CJA Panel Administrator to provide the Defendant with copies of any documents itemizing the fees sought by his court-appointed counsel in connection with his representation. [Doc. 71].

The Defendant's request must be denied. While CJA expense vouchers may be made public under certain circumstances, see 18 U.S.C. § 3006A(d)(4), "[d]ocumentation submitted in support of, or attached to, payment claims is not covered by the CJA and *need not be disclosed at any time*." U.S. Judicial Conference, Guide to Judiciary Policy Vol. 7A§ 520.20(b) (emphasis added).

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion [Doc. 71] is hereby **DENIED**.

**IT IS SO ORDERED.**

Signed: January 24, 2012

Martin Reidinger
United States District Judge